UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jessica Danielle Massey**               Docket No. 7:13-CR-104-1F

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jessica Danielle Massey, who, upon an earlier plea of guilty to Aggravated Identity Theft, 18 U.S.C. § 1028A, 18 U.S.C. § 1028A(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on June 3, 2014, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 12 months.

Jessica Danielle Massey's projected release date from the Bureau of Prisons is October 29, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

While in the Bureau of Prisons, Massey has been unable to secure an appropriate release plan. The probation officer consulted with the Residential Reentry Specialist in Raleigh, North Carolina, who agreed Massey would benefit from up to a 120-day placement at a designated facility upon release from the Bureau of Prisons. On September 30, 2015, the probation officer spoke with Massey via telephone at which time she consented to the residential re-entry center placement. It is recommended the probation officer be allowed to authorize Massey's release from the residential re-entry center should she obtain an approved release plan prior to the expiration of the 120-day placement.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement. The probation officer is authorized to approve Massey's release from the residential re-entry center prior to the 120-day expiration should the defendant secure a residence approved for release.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Dwayne K. Benfield                    /s/ Kristyn Super
Dwayne K. Benfield                        Kristyn Super
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          200 Williamsburg Pkwy, Unit 2
                                          Jacksonville, NC 28546-6762
                                          Phone: 910-346-5104
                                          Executed On: September 30, 2015

Jessica Danielle Massey
Docket No. 7:13-CR-104-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____1st____ day of ____October____, 2015 and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge