# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jessica Danielle Massey                           Docket No. 7:13-CR-104-1F

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jessica Danielle Massey, who, upon an earlier plea of guilty to 18 U.S.C. §§ 1028A and 1028A(a)(1), Aggravated Identify Theft, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on June 3, 2014, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 12 months.

Jessica Danielle Massey was released from custody on October 28, 2015, at which time the term of supervised release commenced. On October 1, 2015, the court modified the conditions of supervision to include placement in a residential reentry center (RRC) for up to 120 days to assist the defendant in developing a residence plan.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since the defendant's release from custody, she has been housed at the RRC in Fayetteville, NC. She just recently became employed and feels that she will need additional time at the RRC to save enough money to be in a position to secure a residence. At this time, we are recommending that the conditions of supervision be modified to include up to an additional 60 days in the RRC to assist her. As soon as an acceptable residence plan is approved, we will request the RRC to release her.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to an additional 60 days as arranged by the probation office and shall abide by the conditions of that program during said placement. The defendant may be released prior to the 60 day extension if the defendant establishes an acceptable residence approved by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Robert K. Britt                       /s/ Eddie J. Smith
Robert K. Britt                           Eddie J. Smith
Senior U.S. Probation Officer             U.S. Probation Officer
                                          310 Dick Street
                                          Fayetteville, NC 28301-5730
                                          Phone: 910-354-2537
                                          Executed On: February 1, 2016

Jessica Danielle Massey
Docket No. 7:13-CR-104-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___2·___ day of ___February___, 2016 and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge